

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-20-00015-CR

Bronwen Victoria **MCHENRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0847-CR-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on May 6, 2020.  Neither the brief nor a motion for extension of time to file the brief has been filed.[1]  Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order.  The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency.  If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate.  *See* TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.

---

[1] Due to a ransomware attack on May 8, 2020, the court's network was disabled.  As of July 22, 2020, the court's network is fully operational.  All case filings are up to date, and any future filings accepted by the court should be reflected on the court's website within twenty-four hours.



Michael A. Cruz,
Clerk of Court